UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:13-cv-03720-SVW-SS | Date | October 1, 2013 |
|---|---|---|---|
| Title | Sasan Yadergar v. Aetna Life Insurance Company et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** IN CHAMBERS ORDER re Joint STIPULATION to Remand Case to State Court filed by Defendant Aetna Life Insurance Company [9]

The Court, having read and reviewed the Joint Stipulation to Remand, GRANTS the request. The case is ordered remanded to Superior Court of the State of California for the County of Los Angeles.

: 

Initials of Preparer  PMC